IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT SCOTT BAILEY,** ) | |
| # 24713-047, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 16-cv-01317-MJR |
| ) | |
| **WARDEN OF UNITED STATES** ) | |
| **PENITENTIARY – MARION, IL,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

**REAGAN, Chief District Judge:**

This action came before the Court, Chief District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice**, the parties to bear their own costs. This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g). However, this Order does not preclude Plaintiff from filing a separate action in federal court pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

**DATED**: December 27, 2016

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Jo Ann Juengel
    Deputy Clerk

APPROVED:   s/Michael J. Reagan
            MICHAEL J. REAGAN
            United States District Judge